IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00258-REB-REB-KMT

COLORADO LEGAL SERVICES, and
TEXAS RIOGRANDE LEGAL AID, INC.,

    Plaintiffs,

v.

LEGAL AID NATIONAL SERVICES, d/b/a THE LANS CORP.,
ED BROWN MANAGEMENT, INC.,
LEGAL AID SERVICE/BROWNMGMT INC.,
LEGAL AIDE INC.,
LEGAL AID NATIONAL PARALEGAL SERVICES DIVISION, INC.,
LEGAL AID LOW COST SERVICES INC.,
LEGAL AIDE DIVORCE SERVICES, INC.,
LEGAL SUPPORT SERVICES CORP. d/b/a LEGAL AID SUPPORT SERVICES, INC.,
P.I. INTERNATIONAL, CORP.,
US CHAPTER 7 & 13 INC.,
LEGAL AID SERVICES, LLC,
NATIONAL DOCUMENT PREPARATION SERVICES, INC.,
NATIONAL PARALEGAL SERVICES, INC.,
LEGAL AID NETWORK, INC.,
KENDRICK BROWN,
DERRICH EDWARD BROWN,
JASMINE EWING WHITE,
MICHAEL KELLEY,
RAYMOND ASHLEY,
ANDREW E. EVANS, JR.,
MARK STEVEN MEAD,
MICHELLE "MIKI" MINZER,
THOMAS MATHIOWETZ,
CARMEN JONES,
KEITH THARPE,
ELIZABETH FORBES,
CARMELLA JONES,
SANDRA BROWN,
GAIL HURRY, and
DOES 1 - 50,

    Defendants.

## ORDER OF DISMISSAL
## AS TO DEFENDANT LEGAL AID SERVICES, LLC, ONLY

**Blackburn, J.**

The matter before the court is **Plaintiff's Motion For Voluntary Dismissal of Defendant Legal Aid Services, LLC Pursuant To Fed.R.Civ.P.41(A)(2)** [#30], filed April 10, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that defendant Legal Aid Services, LLC, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion For Voluntary Dismissal of Defendant Legal Aid Services, LLC Pursuant To Fed.R.Civ.P.41(A)(2)** [#30], filed April 10, 2008, is **GRANTED**;

2. That plaintiff's claims against defendant, Legal Aid Services, LLC, are **DISMISSED WITHOUT PREJUDICE**;

3. That any motion filed on behalf of defendant, Legal Aid Services, LLC, is **DENIED** as moot; and

4. That defendant, Legal Aid Services, LLC, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated April 10, 2008, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn

**Robert E. Blackburn**
**United States District Judge**