# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 08-cv-00258-REB-REB-KMT

COLORADO LEGAL SERVICES, and
TEXAS RIOGRANDE LEGAL AID, INC.,

    Plaintiffs,

v.

LEGAL AID NATIONAL SERVICES, d/b/a THE LANS CORP.,
ED BROWN MANAGEMENT, INC.,
LEGAL AID SERVICE/BROWNMGMT, INC.,
LEGAL AIDE, INC.,
LEGAL AID NATIONAL PARALEGAL SERVICES DIVISION, INC.,
LEGAL AID LOW COST SERVICES, INC.
LEGAL SUPPORT SERVICES CORP. d/b/a LEGAL AID SUPPORT SERVICES, INC.,
P.I. INTERNATIONAL, CORP.,
US CHAPTER 7 & 13, INC.,
LEGAL AID SERVICES, LLC,
NATIONAL DOCUMENT PREPARATION SERVICES, INC.,
NATIONAL PARALEGAL SERVICES, INC.,
LEGAL AID NETWORK, INC.,
KENDRICK BROWN,
DERRICH EDWARD BROWN,
JASMINE EWING WHITE,
MICHAEL KELLEY,
RAYMOND ASHLEY,
ANDREW E. EVANS, JR.,
MARK STEVEN MEAD,
MICHELLE "MIKI" MINZER,
THOMAS MATHIOWETZ,
CARMEN JONES,
KEITH THARPE,
ELIZABETH FORBES,
CARMELLA JONES,
SANDRA BROWN,
GAIL HURRY, and
DOES 1-50

    Defendants.

# ORDER OF DISMISSAL
# OF THE UNSERVED DEFENDANTS
# AS OUTLINED IN THIS ORDER

**Blackburn, J.**

The matter before the court is **Plaintiffs' Motion For Voluntary Dismissal Without Prejudice of The Unserved Defendants Pursuant to Fed.R.Civ.P. 41(a)(2)** [#57] filed June 6, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiffs' claims against defendants, Legal Aid Service/Brownmgmt, Inc., Legal Aid National Paralegal Services Division, Inc., US Chapter 7 & 13, Inc., National Document Preparation Services, Inc., National Paralegal Services, Inc., Legal Aid Network, Inc., Derrich Edward Brown, Michael Kelley, Raymond Ashley, Andrew E. Evans, Jr., Carmen Jones, Keith Tharpe, Elizabeth Forbes, Carmella Jones, Sandra Brown, and Gail Hurry, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiffs' Motion For Voluntary Dismissal Without Prejudice of The Unserved Defendants Pursuant to Fed.R.Civ.P. 41(a)(2)** [#57] filed June 6, 2008, is **GRANTED**;

2. That plaintiffs' claims against defendants, Legal Aid Service/Brownmgmt, Inc., Legal Aid National Paralegal Services Division, Inc., US Chapter 7 & 13, Inc., National Document Preparation Services, Inc., National Paralegal Services, Inc., Legal Aid Network, Inc., Derrich Edward Brown, Michael Kelley, Raymond Ashley, Andrew E. Evans, Jr., Carmen Jones, Keith Tharpe, Elizabeth Forbes, Carmella Jones, Sandra

Brown, and Gail Hurry, are **DISMISSED WITHOUT PREJUDICE**; and

    3.  That defendants, Legal Aid Service/Brownmgmt, Inc., Legal Aid National Paralegal Services Division, Inc., US Chapter 7 & 13, Inc., National Document Preparation Services, Inc., National Paralegal Services, Inc., Legal Aid Network, Inc., Derrich Edward Brown, Michael Kelley, Raymond Ashley, Andrew E. Evans, Jr., Carmen Jones, Keith Tharpe, Elizabeth Forbes, Carmella Jones, Sandra Brown, and Gail Hurry, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

    Dated June 9, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**