IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00258-REB-KMT

COLORADO LEGAL SERVICES, and
TEXAS RIOGRANDE LEGAL AID, INC.,

    Plaintiffs,

v.

LEGAL AID NATIONAL SERVICES, d/b/a THE LANS CORP.,
ED BROWN MANAGEMENT, INC.
LEGAL AID SERVICE/BROWNMGMT. INC.,
LEGAL AIDE INC.,
LEGAL AID NATIONAL PARALEGAL SERVICES DIVISION, INC.
LEGAL AID LOW COST SERVICES INC.
LEGAL AIDE DIVORCE SERVICES, INC.
LEGAL SUPPORT SERVICES CORP. d/b/a LEGAL AID SUPPORT SERVICES, INC.,
P.I. INTERNATIONAL, CORP.,
US CHAPTER 7 & 13 INC.,
NATIONAL DOCUMENT PREPARATION SERVICES, INC.
NATIONAL PARALEGAL SERVICES, INC.,
LEGAL AID NETWORK, INC.,
KENDRICK BROWN,
DERRICH EDWARD BROWN,
JASMINE EWING WHITE,
MICHAEL KELLEY,
RAYMOND ASHLEY.
ANDREW E. EVANS, JR..
MARK STEVEN MEAD,
MICHELLE "MIKI" MINZER,
THOMAS MATHIOWETZ,
CARMEN JONES,
KEITH THARPE,
ELIZABETH FORBES,
CARMELLA JONES,
SANDRA BROWN
GAIL HURRY, and
DOES 1-50,

    Defendants.

# ORDER

This matter is before the court on "Plaintiff's Memorandum in Support of Oral Motion Regarding Preservation of Documents" [Doc. No. 54, filed June 3, 2008]. The motion seeks a court order allowing sequestration of records pursuant to a subpoena issued on May 1, 2008 on documents and other items now reposing in a storage facility. The renter of the storage facility is Kendrick White, a defendant in this action as to whom default has entered. [Doc. No. 34, filed April 11, 2008]. It is anticipated that neither White nor the storage facility will file a response to the Plaintiff's Memorandum.

The request before this court is, in essence, to enforce a subpoena pursuant to Fed. R. Civ. P. 45 on non-party Mirage Self Storage, LLC d/b/a Park Meadows Drive Self Storage. The recipient of the subpoena has not and likely will not move to quash the subpoena, however because of the unique relationship storage facility owners have with a non-paying client regarding the property in a storage space, Mirage Self Storage, LLC d/b/a Park Meadows Drive Self Storage is desirous of court guidance on its proper response to the subpoena.

IT IS THEREFORE ORDERED:

A motions hearing will be held on **June 24, 2008 at 9:45 a.m.** Plaintiff is **ORDERED** to insure that a copy of this order is served on Mirage Self Storage, LLC d/b/a Park Meadows

Drive Self Storage and that a representative or attorney representing Mirage Self Storage, LLC d/b/a Park Meadows Drive Self Storage is present at the hearing.

Dated this 16th day of June, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge