IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00258-REB-KMT

COLORADO LEGAL SERVICES, and
TEXAS RIOGRANDE LEGAL AID, INC.,

    Plaintiffs,

v.

LEGAL AID NATIONAL SERVICES, d/b/a THE LANS CORP.,
ED BROWN MANAGEMENT, INC.
LEGAL AID SERVICE/BROWNMGMT. INC.,
LEGAL AIDE INC.,
LEGAL AID NATIONAL PARALEGAL SERVICES DIVISION, INC.
LEGAL AID LOW COST SERVICES INC.
LEGAL AIDE DIVORCE SERVICES, INC.
LEGAL SUPPORT SERVICES CORP. d/b/a LEGAL AID SUPPORT SERVICES, INC.,
P.I. INTERNATIONAL, CORP.,
US CHAPTER 7 & 13 INC.,
NATIONAL DOCUMENT PREPARATION SERVICES, INC.
NATIONAL PARALEGAL SERVICES, INC.,
LEGAL AID NETWORK, INC.,
KENDRICK BROWN,
DERRICH EDWARD BROWN,
JASMINE EWING WHITE,
MICHAEL KELLEY,
RAYMOND ASHLEY.
ANDREW E. EVANS, JR..
MARK STEVEN MEAD,
MICHELLE "MIKI" MINZER,
THOMAS MATHIOWETZ,
CARMEN JONES,
KEITH THARPE,
ELIZABETH FORBES,
CARMELLA JONES,
SANDRA BROWN
GAIL HURRY, and
DOES 1-50,

    Defendants.

## ORDER

The Court has reviewed Plaintiff, Texas RioGrande Legal Aid Inc.'s ("RioGrande"), oral motion regarding preservation of documents and RioGrande's "Memorandum in Support of Oral Motion Regarding Preservation of Documents" (Doc. No. 54, filed June 3, 2008). Oral argument was held on June 18, 2008. Buzz Victor appeared on behalf of Mirage Self Storage, LLC, d/b/a Park Meadows Drive Self Storage. It is hereby **ORDERED:**

Plaintiff, RioGrande, is permitted to sequester the documents and electronically-stored information stored by Kendrick Brown, a/k/a Kendrick White, at Mirage Self Storage, LLC, d/b/a Park Meadows Drive Self Storage, Unit No. 3116, that may be responsive to Plaintiff's May 1, 2008 subpoena to the storage facility and are currently within the possession, custody or control of the storage facility, and to hold those documents, without review, pending further Order of this Court. Responsibility for the decision about what items, if any, to sequester from Unit 3116 will be that of Plaintiff, RioGrande.

Dated this 19th day of June, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge