IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00258-WYD

COLORADO LEGAL SERVICES, and
TEXAS RIOGRANDE LEGAL AID, INC.,

    Plaintiffs,

v.

LEGAL AID NATIONAL SERVICES, d/b/a THE LANS CORP., et al.,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. My daughter is an associate at the law firm of Faegre & Benson, LLP, counsel for Plaintiff Colorado Legal Services. For this reason, I believe that it would be inappropriate for me to preside over this case. Accordingly, I should recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated: August 25, 2008

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge