IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00258-MSK-KMT

COLORADO LEGAL SERVICES, and
TEXAS RIOGRANDE LEGAL AID, INC.,

    Plaintiffs,

v.

LEGAL AID NATIONAL SERVICES, d/b/a THE LANS CORP.,
ED BROWN MANAGEMENT, INC.
LEGAL AIDE INC.,
LEGAL AID LOW COST SERVICES INC.
LEGAL AIDE DIVORCE SERVICES, INC.
LEGAL SUPPORT SERVICES CORP. d/b/a LEGAL AID SUPPORT SERVICES, INC.,
P.I. INTERNATIONAL, CORP.,
KENDRICK BROWN,
JASMINE EWING WHITE,
MARK STEVEN MEAD,
MICHELLE "MIKI" MINZER, and
THOMAS MATHIOWETZ,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiffs' "Unopposed Motion to Continue Settlement Conference" (#77, filed September 3, 2008) is GRANTED. The Settlement Conference set for September 12, 2008 at 10:00 a.m. is VACATED. A Status Conference is set for **October 17, 2008 at 10:00 a.m.** for the purpose of rescheduling a settlement conference.

Defendant Mark Steven Mead, or his case manger, shall arrange for his participation in the status conference via telephone and shall call **(303) 335-2780** at the scheduled time. The Clerk of Court is hereby ORDERED to send a copy of this order to Defendant Mead's case manager at Buena Vista Correctional Complex, P.O. Box 2017, Buena Vista, CO 81211.

Defendant Mark Steven Mead's "Writ of Habeas Corpus" (#64, filed June 25, 2008) is DENIED as moot.

Dated: September 4, 2008