IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00258-MSK-KMT

COLORADO LEGAL SERVICES, and
TEXAS RIOGRANDE LEGAL AID, INC.,

    Plaintiffs,

v.

LEGAL AID NATIONAL SERVICES, d/b/a THE LANS CORP.,
ED BROWN MANAGEMENT, INC.
LEGAL AIDE INC.,
LEGAL AID LOW COST SERVICES INC.
LEGAL AIDE DIVORCE SERVICES, INC.
LEGAL SUPPORT SERVICES CORP. d/b/a LEGAL AID SUPPORT SERVICES, INC.,
P.I. INTERNATIONAL, CORP.,
KENDRICK BROWN,
JASMINE EWING WHITE,
MARK STEVEN MEAD,
MICHELLE "MIKI" MINZER, and
THOMAS MATHIOWETZ,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiffs' Unopposed Motion to Amend Scheduling Order" (#90, filed November 12, 2008) is GRANTED in part. The Scheduling Order is amended as follows:

| | |
|---|---|
| Deadline for service of written discovery: | January 30, 2009 |
| Designation of affirmative experts: | January 30, 2009 |
| Designation of rebuttal experts: | February 27, 2009 |

Discovery cutoff: March 16, 2009

Dispositive Motion Deadline: April 15, 2009

The final pretrial conference set for March 3, 2009, the trial preparation conference set for April 17, 2009, and the trial set for May 4, 2009, remain set before Judge Krieger. If the parties wish to have the final pretrial conference, the trial preparation conference, and the jury trial reset, they should file a separate motion to that effect.

Dated: November 13, 2008