IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00258-MSK-KMT

COLORADO LEGAL SERVICES, and
TEXAS RIOGRANDE LEGAL AID, INC.,

    Plaintiffs,

v.

LEGAL AID NATIONAL SERVICES, d/b/a THE LANS CORP.,
ED BROWN MANAGEMENT, INC.
LEGAL AIDE INC.,
LEGAL AID LOW COST SERVICES INC.
LEGAL AIDE DIVORCE SERVICES, INC.
LEGAL SUPPORT SERVICES CORP. d/b/a LEGAL AID SUPPORT SERVICES, INC.,
P.I. INTERNATIONAL, CORP.,
KENDRICK BROWN, and
JASMINE EWING WHITE,

    Defendants.

## ORDER

Based on "Plaintiffs' Objections to August 21, 2009 Recommendation of United States Magistrate Judge" [Doc. No. 118, filed September 4, 2009] and the new information contained therein, this Court's "Recommendation of United States Magistrate Judge" [Doc. No. 117, filed August 21, 2009] is hereby **WITHDRAWN**.

This court will issue an amended Recommendation to the District Court concerning the pending "Plaintiffs' Motion for Default Judgment" [Doc. No. 111] in due course.

Dated this 15th day of September, 2009.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge