IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00258-MSK-KMT

COLORADO LEGAL SERVICES, and
TEXAS RIOGRANDE LEGAL AID, INC.,

        Plaintiffs,

v.

LEGAL AID NATIONAL SERVICES, d/b/a The Lans Corp.,
ED BROWN MANAGEMENT, INC.,
LEGAL AIDE, INC.,
LEGAL AID LOW COST SERVICES, INC.,
LEGAL AIDE DIVORCE SERVICES, INC.,
LEGAL SUPPORT SERVICES CORP., d/b/a/ Legal Aid Support Services, Inc.,
P.I. INTERNATIONAL CORP.,
MARK STEVEN MEAD, and
MICHELLE MIKI MINZER,

        Defendants.
_____

## ORDER CLOSING CASE
_____

        **THIS MATTER** comes before the Court *sua sponte*.

        It appears to the Court that all claims in this action have been resolved. The Court has dismissed **(# 103)**, without prejudice, the claims against Defendants Mark Mead and Michelle Minzer. The parties have stipulated **(# 110)** to the dismissal of claims against Thomas Methiowetz. The Court has dismissed **(# 122)** the claims against Jasmine White, and entered judgment **(# 128)** in favor of the Plaintiffs on the claims against Kendrick Brown. The Plaintiffs have represented **(# 125)** that they do not intend to make further attempts to effect service against each of the remaining business entities named in the Complaint, and thus, the Court dismisses, without prejudice, the Plaintiffs' claims against those entities pursuant to Fed. R. Civ. P. 4(m).

There being no remaining claims in this case, the Clerk of the Court shall close the case.

Dated this 21st day of February, 2011

**BY THE COURT:**

Marcia S. Krieger
United States District Judge