# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00258-MSK-KMT

COLORADO LEGAL SERVICES and TEXAS RIOGRANDE LEGAL AID, INC.,

    Plaintiffs,

v.

LEGAL AID NATIONAL SERVICES, d/b/a THE LANS CORP.,
ED BROWN MANAGEMENT, INC.,
LEGAL AIDE INC.,
LEGAL AID LOW COST SERVICES INC.,
LEGAL AIDE DIVORCE SERVICES, INC.,
LEGAL SUPPORT SERVICES CORP. d/b/a LEGAL AID SUPPORT SERVICES, INC.,
P.I. INTERNATIONAL, CORP.,
KENDRICK BROWN,
JASMINE EWING WHITE, and
DOES 1 – 50.

    Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO SECURELY DESTROY DOCUMENTS

THIS MATTER comes before the Court on Plaintiff Texas RioGrande Legal Aid, Inc.'s Motion for Permission to Securely Destroy Documents. Having reviewed the Motion and finding good cause therein, the Court hereby:

ORDERS that the Motion is GRANTED. Plaintiff may securely shred and destroy the documents obtained for review pursuant to this Court's order dated October 17, 2008.

Dated: __Sep 23, 2015__, 2015

                                                   BY THE COURT:

                                                 Kathleen M. Tafoya
                                                 United States Magistrate Judge